E-FILED
Monday, 10 January, 2011 10:16:12 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| BRADLEY RUSTERHOLZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 10-cv-1190 |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R  &  O P I N I O N

On June 16, 2010, Plaintiff filed his *pro se* Complaint against the Commissioner of Social Security (Doc. 1), as well as a Motion to Proceed in forma pauperis (Doc. 2). The Court granted Plaintiff leave to proceed in forma pauperis (Doc. 3), and Summons were served in accordance with Federal Rule of Civil Procedure 4(i). (Docs. 4, 5, 6, & 7). On November 2, 2010, Defendant filed its Answer to Plaintiff's Complaint and a Transcript of his Social Security proceedings in accordance with Local Rule 8.1(C). (Docs. 8 & 9). On that same day, Plaintiff was sent a copy of Local Rule 8.1(D), which required him to file a Motion for Summary Judgment within 30 days, or by December 2, 2010. (Doc. 10). On December 8, 2010, the Court noted that Plaintiff had not yet filed his Motion for Summary Judgment, and directed him to do so by December 20, 2010, or risk the dismissal of his Complaint for failure to prosecute. (Text Order of 12/8/2010). Plaintiff has failed to comply with this Order.

Federal Rule of Civil Procedure 41(b) provides that if a plaintiff fails to prosecute his case or comply with a court order, a defendant may move to dismiss the action against it, and that such dismissal will operate as an adjudication on the merits. The Supreme Court has held that the Court may also enter such a dismissal *sua sponte*, pursuant to its inherent authority "to manage [its] own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962). Accordingly, because Plaintiff has failed to prosecute his case in accordance with Local Rule 8.1(D) and the Court's order of 12/8/2010, his Complaint is hereby DISMISSED WITH PREJUDICE. IT IS SO ORDERED

CASE TERMINATED.

Entered this <u>10th</u> day of January, 2011.

                                                    s/ Joe B. McDade
                                                  JOE BILLY McDADE
                                        United States Senior District Judge